1  ROBERT E. CAREY, Jr. (SBN 47556)
   CAREY & CAREY
2  PO BOX 1040
   PALO ALTO, CA  94301-1040
3  Telephone: (650) 328-5510
   Facsimile:  (650) 853-3632
4
   Attorney for Respondent
5  Maura Torres

6  **IN THE UNITED STATES DISTRICT COURT**

7  **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

8

9  UNITED STATES OF AMERICA                     Case No. 19-CR-00665 BLF

10          Plaintiff,

11     vs.                                      **STIPULATION AND [PROPOSED]
                                                ORDER TO VACATE SENTENCING DATE
12 MAURA TORRES,                                AND SET AN ATIP HEARING**

13          Defendant.

14

15

16      It is hereby stipulated by and through defendant's counsel, Robert E. Carey, Jr., and

17 counsel for the government, Maia T. Perez, that the scheduled sentencing date of January 5,

18 2021, be vacated, and that this matter be continued until March 9, 2021, at 9:00am for a hearing

19 on the defendant's eligibility for the Alternative to Incarceration Program (ATIP).  The reason

20 for the change is that the defendant is requesting admission to ATIP and additional time is

21 needed for Pretrial Services to complete her ATIP evaluation.

22 //

23 //

24 //

25 //

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

DATED:       December 17, 2020                    Respectfully submitted,


/S/
_____
ROBERT E. CAREY, JR.
Attorney for Defendant


DAVID L. ANDERSON
United States Attorney


/S/
_____
MAIA T. PEREZ
Assistant United States Attorney

ORDER

Upon the parties' stipulation, and GOOD CAUSE appearing, IT IS HEREBY ORDERED that the presently set court date of January 5, 2021, shall be vacated and that this matter shall be continued pursuant to stipulation until March 9, 2021, at 9:00AM, for a hearing on the defendant's eligibility for the Alternative to Incarceration Program (ATIP).

IT IS SO ORDERED.

DATED:   December 17, 2020

_____
Hon. Beth L. Freeman
United States District Court Judge