UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MAURA DOMINIQUE TORRES,<br><br>Defendant. | Case No.  5:19-cr-00665-BLF-2<br><br>**ORDER REASSIGNING CASE TO CAP JUDGE** |

The undersigned judge, having received notice of defendant Maura Dominique Torres's acceptance into the Conviction Alternatives Program ("CAP"), hereby reassigns this case to the Hon. Edward J. Davila, CAP judge, for sentencing and all further proceedings.

All future filings shall bear the new initials EJD immediately after the case number.

**IT IS SO ORDERED.**

Dated:  5/24/2022

Beth Labson Freeman
United States District Judge